IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DEF. NO. 1: TAURUS, MODEL 66, .357<br>REVOLVER, S/N: HM884502;<br><br>DEF. NO. 2: 1911 COLT MK SERIES '70<br>.45 SEMI-AUTOMATIC HANDGUN,<br>    S/N: 70B15857;<br><br>DEF. NO. 3: TWO MAGAZINES<br>CONTAINING .45 CALIBER<br>AMMUNITION;<br><br>DEF. NO. 4. ACCOMPANYING<br>AMMUNITION;<br><br>DEF. NO 5.  APPROXIMATELY $5,346.40<br>IN UNITED STATES CURRENCY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       Case No. 18-_01085_____ |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys,

Stephen R. McAllister, United States Attorney for the District of Kansas, and

Sean M.A. Hatfield, Special Assistant United States Attorney, brings this

complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1.      This is an action to forfeit and condemn to the use and benefit of the United States of America the following property for violations of 21 U.S.C. 841 and 18 U.S.C. §§ 922 and 924:

A.  A Taurus, Model 66, .357 revolver, serial number: HM8844502;

B.  A 1911 Colt Mk. Series '70, .45 semi-automatic handgun, serial number: 70B15857;

C.  Two magazines containing .45 caliber ammunition;

D.  Accompanying ammunition; and

E.  Approximately $5,346.40 in United States currency seized from the defendant on August 10, 2016.

## THE DEFENDANT IN REM

2.      The defendant property described above was seized by officers with the Wichita Police Department during the arrest of Christian Armundo Contras-Munoz on August 10, 2016 for a parole violation at XXXX East Roseberry Street, Wichita, Kansas, in the District of Kansas. The property is currently in the custody of United States Marshal Service.

## JURISDICTION AND VENUE

3.     Plaintiff brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4.     This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.     Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in the district.

## BASIS FOR FORFEITURE

6.     Defendant 5 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

Defendants 1-4 are subject to forfeiture pursuant to 18 U.S.C. § 924(d) because they constitute property involved in violations of 18 U.S.C. §§ 922 and 924.

FACTS

7.     Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. McALLISTER

4

United States Attorney

SEAN M.A. HATFIELD
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
T: (316) 269-6481
F: (316) 269-6484
Ks. S. CT No. 24098
sean.hatfield@usdoj.gov

## DECLARATION

I, Gary Knowles, am a Task Force Officer with the Drug Enforcement Administration in the District of Kansas.

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  13  day of March, 2018.

Gary Knowles, TFO
DEA

5

**AFFIDAVIT**

I, Gary Knowles, being first duly sworn, depose and state:

1. I have been employed by the Wichita Police Department for 26 years and have been cross-designated as a DEA Task Force Officer for three years. My duties include investigation of violations of the Controlled Substance Act, Title 21 of the United States Code and the forfeitures thereto.

2. The information contained in this affidavit is known to me through personal direct knowledge, and /or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a forfeiture proceeding.

3. On August 10, 2016, Wichita Police Department Officer Thomas Bangert arrested Christian Armundo Contreras-Munoz for a Parole Violation at XXXX East Roseberry Street, Wichita, Kansas after a short foot chase. During the chase, Christian Armundo Contreras-Munoz threw down a black backpack and a loaded Colt King Cobra .357 caliber revolver, SR# 3340KC. The backpack and the revolver were recovered and seized by Officer Bangert.

4. Officers Gary Morris and H.A. Shourbaji searched the backpack and located two additional firearms, magazines, and ammunition. The firearms were a loaded 1911 Colt Mk. Series '70 .45 caliber semi-automatic handgun and a loaded Taurus Model 66 .357 revolver. Two loaded magazines for the Colt were also in the backpack. In a small pocket on the front of the backpack the officers located $2,896.00 U.S. currency. The officers found about 124 grams of marijuana and 198 grams of methamphetamine in the backpack. All the items in the backpack were seized by Officer Bangert. Christian Armundo Contreras-Munoz did not claim ownership of the

currency, firearms, or narcotics nor did he sign a disclaimer. No markings were located on or in the backpack indicating ownership.

5.  Officer Bangert searched Christian Armundo Contreras-Munoz prior to transporting him to the Sedgwick County Jail. Christian Armundo Contreras-Munoz had two rounds of .45 caliber ammunition and another $2,450.40 U.S. currency.

6.  The Colt King Cobra revolver, SR# 3340KC and ammo, the two assorted firearms magazines and ammo, and the U.S. currency were placed into evidence according to Wichita Police Department policy and are currently in the .

7.  Christian Armundo Contreras-Munoz pleaded guilty to possession of a firearm by a prohibited person. As a result, the Colt King Cobora .357 revolver was ordered forfeit to the United States at sentencing.

8.  Based on the information set out above, I have probable cause to believe that the $5,346.40 in United States currency seized by the WPD from Christian Armundo Contreras-Munoz constitutes money and/or other items of value furnished or intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of Title 21, U.S.C. § 841 *et seq*. Further, the Taurus revolver, the Colt .45, loaded magazines and accompanying ammunition seized by the WPD from Christian Armundo Contreras-Munoz is subject to forfeiture pursuant to 18 U.S.C. § 924(d) as property involved in violations of 18 U.S.C. §§ 922 and 924. Accordingly, the $5,346.40 in

United States currency, the Taurus revolver, the Colt .45, loaded magazines and accompanying

ammunition are subject to forfeiture pursuant to Title 21, U.S.C. § 881(a)(6) and 18 U.S.C 924(d)

Gary Knowles, TFO

DEA

Sworn to and subscribed before me this 13th day of March, 2018

RACHAEL M. ADAMS
Notary Public - State of Kansas
My Appt. Expires 2/4/2021

NOTARY